## **ATTACHMENT A**

The property to be searched comprises four cellular telephones (collectively, the DEVICES), currently in evidence storage at the Richford Border Patrol Station, which is located at 1668 St. Albans Road in Richford, Vermont, described more fully as:

a. A blue cell phone device (the "KABIR BLUE DEVICE"),

b. A silver Apple iPhone device (the "KABIR SILVER DEVICE"),

c. A white Apple iPhone device (the "SINGH DEVICE"), and

d. A blue Realme phone device (the "LAL DEVICE").

1