## ATTACHMENT B

All information from the DEVICES described in Attachment A constituting evidence of

violations of 8 U.S.C. §§ 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and/or

1324(a)(1)(A)(v)(II), including:

a. Communications and records related to interstate and/or international travel,

transportation arrangements, rental agreements, overnight accommodations, itineraries,

payments, or location updates—including e-mails, text messages, instant messages, chat logs,

attachments to messages, and drafts;

b. Ledgers, notes, photographs, videos, or other records of human smuggling events;

c. Records of financial transactions, including wire transfers, bank deposits and

withdrawals, credit or debit card activities, and electronic currency activities between

September 1, 2024, and the time of the DEVICES' seizure;

d. Records about human smuggling customers, organizers, or co-conspirators,

including identifying and contact information;

e. Contact lists showing names, street names, nicknames, phone numbers, email

addresses, screen names of associated individuals;

f. Geographic locations of the devices at times relevant to the investigation between

September 1, 2024, and the time of the DEVICES' seizure;

g. Evidence indicating how and when the electronic devices and any associated

service were used to determine the chronological context of device use, account access, and

events relating to the crimes under investigation;

h.   Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, usernames and passwords, documents, and browsing history; and

i.   Records evidencing the use of the electronic devices to access the internet including browser and search history, cookies, and "bookmarked" web pages between September 1, 2024, and the time of the DEVICES' seizure.